JFM-13-1342

FILED ——— ENTERED
——— LODGED ——— RECEIVED

MAY, 2, 2013

CLERK OF COURT   MAY 07 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND   DEPUTY

BY

JAMES PRIEST
#244363
13800 McMullen Hy
Cumberland, MD
21502

RECEIVED
PRO SE

SUBJECT: Assault,
harassment, &
Being refuse the right to
press charges Against "Staff"

MAY 07 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND   DEPUTY
BY

This is not a frivolous or AND unmeritor-
-ious complaint.. I have been assaulted
by two Officers, Ofc. M. Randall, And
Ofc. B. Brinegar; The institution After I
was hospitalize, has not properly investi-
-gated my claims of Assault; And refuse
to Allow me the opportunity to "File
Charges" I was Assaulted (4-1-13) &
(4-29-13) This is Division of Correction
Security interest, And implicated federal
civil rights violation, but still refuse to
involve itself in. I have redirected
A (Emergency) request for Administrative
remedy, but the initiate appropriate
processing time is (60-90 days).. Because
of the reason harassment, threats, Assaults,
An false charges to cover up the incident

I feel my life is in harms way!   #)

WESTERN Correctional Institution, REfuse
to guarantee general Inmate Rights:
FreeDom From Abuse, OR the Right to
"PRESS informal charges AGAINST STAFF."

Also, Surveillance tape, Medical reports
well back up my claims; but there
being over look, And I am being
refuse the right to make a statement
or SEE "Internal Affairs".

I have sent Correspondence to the
"Commissioner of Correction" "Prism."
"Inmate Grievance" & "Gary D. Maynard"
Secretary of Correctional Service....

Know one has help, And I Fear I
Am running out of time....

"Your Kind Attention & help to this matter
is greatly Appreciated...

Very truly yours

James P. Priest